MARCEL CIESMELEWSKI, APPELLANT, v. SYLVESTER
DOMALEWSKI, RESPONDENT.

Submitted December 15, 1916—Decided March 7, 1917.

Upon a trial before the District Court without a jury, it was not error
to deny the plaintiff's request for a voluntary nonsuit made after
the court had announced that judgment was given for the
defendant.

On appeal.

Before Justices GARRISON, PARKER and BERGEN.

For the appellant, *Eugene R. Hayne* and *Anthony Botti*.

For the respondent, *James E. Pyle*.

The opinion of the court was delivered by

GARRISON, J. This was an action for slander tried before
the District Court without a jury. Judgment was rendered
for the defendant. Upon this appeal the plaintiff contends
that it was error to admit the testimony of one Krzysicki.
Why the testimony of this witness was inadmissible is not
stated in the brief or suggested by the two cases cited. The
witness was called by the appellant and his cross-examina-
tion as to his relation to the parties and his interest in the
case was entirely proper.

The other point argued is that plaintiff was not permitted
to take a voluntary nonsuit after the court had announced
that a judgment would be entered for the defendant.

There was no error in this ruling. Section 160 of the
Practice act, which denies to a plaintiff the right to submit
to a voluntary nonsuit after the jury have gone from the
bar to consider their verdict, applies to the District Court.
*Greenfield* v. *Cary,* 70 *N. J. L.* 613.

Where the court, sitting as a jury, has pronounced its
judgment, the trial has progressed to a stage at which under

this statute a voluntary nonsuit is not a matter of right. In such a case by analogy the verdict has not only been considered, it has been rendered.

The judgment of the First District Court of Jersey City is affirmed.